**COM.**

v.

**BROWN, V.**

**1491 EDA 2016**

Superior Court of Pennsylvania.

06/01/2017

CP–15–CR–0000621–1980 (Chester)

Affirmed

**COM.**

v.

**DOWELL, R.**

**2672 EDA 2016**

Superior Court of Pennsylvania.

06/01/2017

CP–51–CR–0000471–2011
CP–51–CR–0000473–2011 (Philadelphia)

Affirmed

In the **MATTER OF: MCGUSTY, E.**

**2699 EDA 2016**

Superior Court of Pennsylvania.

06/01/2017

1516–0113 (Chester)

Affirmed

**COM.**

v.

**CALLOWAY, E.**

**2895 EDA 2016**

Superior Court of Pennsylvania.

06/01/2017

CP–51–CR–0509401–1995 (Philadelphia)

Affirmed

**PANEK, R.**

v.

**PANEK, D.**

**59 MDA 2017**

Superior Court of Pennsylvania.

06/01/2017

16–DRO–0250 PACES NO. 004115837 (Lackawanna)

Affirmed